ACCEPTED
14-15-00295-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
4/16/2015 9:46:12 AM
CHRISTOPHER PRIN
CLERK

## NO. 14-15-00295-CV

In the Fourteenth District Court of Appeals
Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/16/2015 9:46:12 AM
CHRISTOPHER A. PRINE
~~Clerk~~

KHYATI UNDAVIA, MINU RX, LTD., AND MINU GP, LLC
Appellants,

v.

AVANT MEDICAL GROUP, P.A., D/B/A INTERVENTIONAL SPINE ASSOCIATES, AND
BRETT L. GARNER, D/B/A ALLIED MEDICAL CENTERS
Appellees.

On Appeal from the 152nd Judicial District Court,
Harris County, Texas
Trial Court Cause No. 2014-22186

## NOTICE OF UPDATE ON IDENTITY OF PARTIES

Ashish Mahendru
State Bar No. 00796980
amahendru@thelitigationgroup.com
Darren A. Braun
State Bar No. 24082267
dbraun@thelitigationgroup.com
MAHENDRU, PC
639 Heights Boulevard
Houston, Texas 77007
713-571-1519
713-651-0776 fax

APPELLATE COUNSEL FOR APPELLANTS

1

NO. 14-15-00295-CV

---

In the Fourteenth District Court of Appeals
Houston, Texas

---

KHYATI UNDAVIA, MINU RX, LTD., AND MINU GP, LLC
Appellants,

v.

AVANT MEDICAL GROUP, P.A., D/B/A INTERVENTIONAL SPINE ASSOCIATES,
AND BRETT L. GARNER, D/B/A ALLIED MEDICAL CENTERS
Appellees.

---

On Appeal from the 152nd Judicial District Court,
Harris County, Texas
Trial Court Cause No. 2014-22186

---

## NOTICE OF UPDATE ON IDENTITY OF PARTIES

---

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellants, Khyati Undavia, Minu RX, Ltd., and MINU GP, LLC, file this Notice of Update on Identity of Parties. In Appellant's Petition for Permission to Appeal Interlocutory Order, Appellant's identified Compass Bank as a Co-Defendant in this case.

Since the filing of the Petition on April 6, 2015, Plaintiffs/Appellees filed a non-suit, dismissing Compass Bank from this lawsuit. *See* Exhibit A.

Appellants file this notice to update this Court that Compass Bank is no longer a party to this action.

Notwithstanding the non-suit, the substance of Appellant's Petition remains the same.

Date:   April 16, 2015                    Respectfully submitted,

**MAHENDRU, P.C.**

By: _____

Ashish Mahendru
Texas Bar No. 00796980
Darren A. Braun
Texas Bar No. 24082267
639 Heights Boulevard
Houston, Texas 77007
(713) 571-1519 (Telephone)
(713) 651-0776 (Facsimile)
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

**ATTORNEYS FOR
DEFENDANTS—APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing of Appellants' *Notice of Dismissal of Party* was served on the following counsel of record on the 16th day of April, 2015 via email:

Matias J. Adrogué                                    *via email: mja@mjalawyer.com*
Robert Stephan Kaase
1629 West Alabama St.
Houston, Texas 77006
1629 West Alabama St.
Houston, Texas 77006
713-425-7270 (p)
713-425-7271 (f)
*Counsel for Plaintiffs/Appellees*

William P. Huttenbach                          *via email: whuttenback@hirschwest.com*
State Bar No. 24002330
Jacob M. Stephens
State Bar No. 24066143
Hirsch & Westheimer
1415 Louisiana, 36th Floor
Houston, Texas 77002
(713) 223-5181 (Main)
(713) 223-9319 (Fax)
*Counsel for Defendant Compass Bank*

Ashish Mahendru